IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PAMELA FOX,**

    **Plaintiff,**

    **v.**                               **Case No. 2:13-cv-1062**
                                        **JUDGE GREGORY L. FROST**
                                        **Magistrate Judge Norah McCann King**

**AEP, et al.,**

    **Defendants.**

## ORDER

In light of the reported settlement of this case, the Court **DIRECTS** the Clerk to terminate as moot the pending motions for summary judgment.  (ECF No. 34, 35.)

**IT IS SO ORDERED.**

                                        /s/ Gregory L. Frost
                                        GREGORY L. FROST
                                        UNITED STATES DISTRICT JUDGE